IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| )                                      | |
| Plaintiff,           ) | |
| )                                      | |
| v.                                     ) | Civil No. 05-cv-11421-RCL |
| )                                      | |
| DOUGLAS ABDELNOUR,                     ) | |
| )                                      | |
| Defendant.           ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia Bottome Turanchik, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

8/25/05 _ .Lydia Bottome Turanchik
```

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney


/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov