UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil No. 05-CV-11421-RCL |
| ) | |
| DOUGLAS ABDELNOUR, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO EXTEND
TIME TO FILE A RESPONSIVE PLEADING**

Defendant Douglas Abdelnour hereby moves the Court to extend the time by which he must file a responsive pleading to the complaint in the above-referenced matter for an additional sixty (60) days to December 12, 2005.

As grounds for this motion defendant states that he has requested copies of his tax records from the Internal Revenue Service, a review of which is required to be able to adequately respond to the complaint and those records will not be available for another expected 30 to 45 days.

Assented to:

_Lydia Bottome Turanchik_
Lydia Bottome Turanchik
Trial Attorney, Tax Division
United States of America

Dated: 10/3/05

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record (party) by mail (in hand) on 10/3/05

_Gregory J. Koldys_

DOUGLAS ABDELNOUR,
by his attorney,

_Gregory J. Koldys_
Gregory J. Koldys
MICKELSON • BARNET, P.C.
30 Cornell Street
New Bedford, MA 02740
Telephone (508) 993-8800
BBO #276840

Dated: October 3, 2005