UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil No. 05-CV-11421-RCL |
| ) | |
| DOUGLAS ABDELNOUR, ) | |
| ) | |
| Defendant ) | |

**DEFENDANT'S MOTION TO FURTHER EXTEND
TIME TO FILE A RESPONSIVE PLEADING**

Defendant Douglas Abdelnour hereby moves the Court to further extend the time by which he must file a responsive pleading to the complaint in the above-referenced matter for an additional sixty (60) days to February 10, 2006.

As grounds for this motion defendant states that he has requested copies of his tax records from the Internal Revenue Service, the review of which is required for defendant to be able to adequately respond to the complaint. Those records have not yet been made available by the IRS and are not expected to be available for another 15 to 30 days.

Assented to:

*Lydia Bottome Turanchik*
Lydia Bottome Turanchik
Trial Attorney, Tax Division
United States of America

Dated: 12/6/05

DOUGLAS ABDELNOUR,
by his attorney,

*Gregory J. Koldys*
Gregory J. Koldys
MICKELSON • BARNET, P.C.
30 Cornell Street
New Bedford, MA  02740
Telephone (508) 993-8800
BBO #276840

Dated: December 6, 2005

D/ABDELNOUR, DOUGLAS/MOT-EXTEND TIME (6215)