UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>DOUGLAS ABDELNOUR, )<br>)<br>Defendant ) | Civil No. 05-CV-11421-RCL |

SUGGESTION OF DEATH OF DEFENDANT

Gregory J. Koldys, attorney of record for the Defendant in the above-captioned action, hereby suggests upon the record, pursuant to Rule 25 (a)(1) the death of Defendant, Douglas Abdelnour, during the pendency of this action.

No probate has yet been commenced but it is anticipated that representatives of Defendant will do so in the ordinary course. Upon appointment of a representative, a Motion for Substitution will be filed.

_____
Gregory J. Koldys
MICKELSON • BARNET, P.C.
30 Cornell Street
New Bedford, MA 02740
Telephone (508) 993-8800
BBO #276840

Dated: February 9, 2006

CERTIFICATE OF SERVICE

I, Gregory J. Koldys, Attorney for the Defendant, Douglas Abdelnour, hereby certify that on February 9, 2006, I forwarded a copy of Suggestion of Death of Defendant to the office of Plaintiff's attorney, Lydia Bottome Turanchik, Esq., Trial Attorney, Tax Division, United States of America, P.O. Box 55, Ben Franklin Station, Washington, DC 20044 by first class mail, postage prepaid.

_____
Gregory J. Koldys