IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-cv-11421-RCL |
| | ) |
| DOUGLAS ABDELNOUR, | ) |
| | ) |
| Defendant. | ) |

UNITED STATES' RULE 25(A)(1) MOTION FOR THE SUBSTITUTION OF JOSEPH G. MOUJABBER, EXECUTOR OF THE ESTATE OF DOUGLAS ABDELNOUR, FOR DEFENDANT DOUGLAS ABDELNOUR

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the United States, by its undersigned counsel, hereby moves this Court to substitute Joseph G. Moujabber, as executor of the estate of Douglas Abdelnour, in place of defendant Douglas Abdelnour, who passed away on January 27, 2006.  A suggestion of death was filed with this Court on February 10, 2006. Counsel for the defendant assents to this motion.

1673297.1

- 2 -

A memorandum is attached hereto as required by Local Rule 7.1(b)(1).

```
I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

5/1/06  _ .Lydia Bottome Turanchik
```

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Lydia Bottome Turanchik
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

1673297.1