IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 05-cv-11421-RCL |
| ) | |
| DOUGLAS ABDELNOUR, ) | |
| ) | |
| Defendant. ) | |

UNITED STATES' MEMORANDUM IN SUPPORT OF ITS
MOTION FOR SUBSTITUTION OF JOSEPH G. MOUJABBER. EXECUTOR OF THE
ESTATE OF DOUGLAS ABDELNOUR, FOR DEFENDANT DOUGLAS ABDELNOUR

The United States submits this memorandum of reasons in support of its motion for substitution, and asserts as follows:

On July 7, 2005, the United States filed suit against Mr. Abdelnour, seeking to reduce to judgment approximately $688,000.00 in federal income tax liabilities. After several agreed-to extensions by the government, Mr. Abdelnour's answer was due on or before February 10, 2006. On January 27, 2006, Douglas Abdelnour passed away. See Exhibit A. On February 10, 2006, a suggestion of death was filed by counsel for the defendant. See Docket Entry No. 6. On April 5, 2006, Joseph Moujabber was appointed as the executor of the Estate of Douglas Abdelnour. See Exhibit A. On April 27, 2006, the appointment was faxed to counsel for the United States, and this motion was filed immediately thereafter.

Pursuant to Rule 25(a)(1), the United States hereby seeks the substitution of Mr. Moujabber, as the executor of Mr. Abdelnour's estate, so that this matter may go forward against the Estate and the taxes assessed against Mr. Abdelnour may be reduced to judgment in their proper amount. "A discretionary extension should be liberally granted absent a showing of bad

1673330.1

faith on the part of the movant for substitution or undue prejudice to other parties to the action."

United States v. Miller Bros. Const. Co., 505 F.2d 1031, 1935 (10th Cir. 1974) (*citing* 3B Moore,

Federal Practice P25.06(3) (2nd ed. 1974)).

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on<br><br>5/1/06   .Lydia Bottome Turanchik | Respectfully submitted,<br><br>MICHAEL J. SULLIVAN<br>United States Attorney<br><br>BARBARA HEALY SMITH<br>Assistant United States Attorney<br><br>/s/ Lydia Bottome Turanchik<br>LYDIA BOTTOME TURANCHIK<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55, Ben Franklin Station<br>Washington, D.C.  20044<br>Telephone: (202) 307-6560<br>Lydia.D.Bottome@usdoj.gov |

Service List

Mr. Gregory Koldys
Mickelson, Barnet
30 Cornell Street
New Bedford, MA 02470

Mr. Joseph G. Moujabber
200 County Road
Post Office Box 2598
Oak Bluffs, MA 02557

1673330.1

**Commonwealth of Massachusetts**
The Trial Court
Probate and Family Court Department

Dukes **Division**

Docket No. 06P0024-EP1

**Probate of Will With/Without Sureties**

Name of Decedent ✓ Douglas A. Abdelnour

Domicile at Death  200 County Road  Oak Bluffs
(street and no.)                      (city or town)

Dukes    02557    Date of Death ✓ January 27, 2006
(county)   (zip)

Name and address of Petitioner(s) ✓ Joseph G. Moujabber, 200 County Rd., P.O. Box 2598,

Oak Bluffs, MA 02557    Status  Executor

**Heirs at law or next of kin of deceased including surviving spouse:**

| Name | Residence (minors and incompetents must be so designated) | Relationship |
|---|---|---|
| Douglas A. Abdelnour, Jr. | 35 Barnes Rd., P.O. Box 58, Oak Bluffs, MA 02557 | Son |

That said deceased left a will and codicil(s) herewith presented, wherein your petitioner(s) is/are named execut or and wherein the testat or had requested that your petitioner(s) be exempt from giving surety on his/her/their bond(s).

[X] The petitioner(s) hereby certif ies that a copy of this document, along with a copy of the decedent's death certificate has been sent by certified mail to the **Division of Medical Assistance, P.O. Box 15205, Worcester, Massachusetts 01615-9906.**

Wherefore your petitioner(s) pray(s) that said will and codicil(s) may be proved and allowed, and that he/she/they be appointed execut or thereof, with/without surety on his/her/their bond(s) and certif ies under the penalties of perjury that the statements herein contained are true to the best of his/her/their knowledge and belief.

Date  March 1, 2006    Signature(s) _Joseph G. Moujabber_

The undersigned hereby assent to the foregoing petition and to the allowance of the will without testimony.

A True Copy Attest
_Elizabeth J. Herrmann_
Elizabeth J. Herrmann
Register

**DECREE**

All persons interested having been notified in accordance with the law or having assented and no objections being made thereto, it is decreed that said instrument(s) be approved and allowed as the last will and testament of said deceased, and that said petitioner(s) JOSEPH G. MOUJABBER of Oak Bluffs in said County and xx be appointed execut or thereof, first giving bond with out sureties for the due performance of said trust.

Date  April 5, 2006    _signature_
Justice of the Probate and Family Court

CJ-P 2 (11/01)    **FILED**    bcpfc - c.g.f.

MAR 0 7 2006

DUKES PROBATE COURT