UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 25  P 2: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil No. 05-CV-11421-RCL |
| vs. ) | |
| ) | |
| DOUGLAS ABDELNOUR, ) | |
| ) | |
| Defendant ) | |

### ANSWER OF DEFENDANT JOSEPH G. MOUJABBER, EXECUTOR OF THE ESTATE OF DOUGLAS ABDELNOUR

1. Admit.

2. Admit that Douglas Abdelnour resided at 200 County Road, Oak Bluffs, Massachusetts until his death on January 27, 2006.

3. Admit.

4. Admit.

5. Admit that the Secretary of the Treasury made certain assessments against Douglas Abdelnour for federal income tax for the tax period ended December 3, 1992 for additional tax not reported on the tax returns filed by Defendant Abdelnour for said period.

6. Admit that notice of the assessments set forth in paragraphs 4 and 5 of Plaintiff's complaint were provided and that demand for payment was made.

2

7. Admit that Defendant Abdelnour did not make payment of the tax assessments referred to in the complaint.

8. Neither admit nor deny in that Defendant lacks knowledge or information sufficient to form a belief as to the truth thereof.

> JOSEPH G. MOUJABBER, Executor of the
> ESTATE OF DOUGLAS ABDELNOUR,
> by his attorney,
>
> */s/ Gregory J. Koldys*
> Gregory J. Koldys, Esq.
> MICKELSON • BARNET, P.C.
> 30 Cornell Street
> New Bedford, MA 02740
> Tele. (508) 993-8800
> BBO# 276840

Dated: May 22, 2006

D/ABDELNOUR, DOUGLAS/ANSWER (6215)

2