UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUL 10  P 4: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil No. 05-CV-11421-RCL |
| ) | |
| JOSEPH MOUJABBER, ) | |
| ) | |
| Defendant ) | |

### DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendant, Joseph Moujabber, with the assent of the Plaintiff, by D. Patrick Mullarkey, U.S. Department of Justice, hereby moves this honorable Court to continue the scheduling conference presently scheduled for July 24, 2006 at 3:00PM.

As grounds for this motion defendant states that his counsel will be unavailable due to previously scheduled vacations.

Defendant respectfully suggests that the aforementioned scheduling conference be continued thirty (30) days to a date convenient with the Court at the end of August 2006.

Assented to:

/s/ D. Patrick Mullarkey
D. Patrick Mullarkey
Chief Trial Attorney, Tax Division
United States of America

Dated: 7/7/06

DOUGLAS ABDELNOUR,
by his attorneys,

_____
John F. Whiteside, Jr.
BBO# 646541
Gregory J. Koldys
BBO #276840
MICKELSON ♦ BARNET, P.C.
30 Cornell Street
New Bedford, MA  02740
Telephone (508) 993-8800

Dated: 7/7/06

Jfw/civmot/moujabbermotcont7/7/06

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record (party) by mail (in hand) on 7/7/06