UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 05-CV-11421-RCL |
| v. | ) ) ) | |
| DOUGLAS ABDELNOUR, | ) ) ) | |
| Defendant | ) ) | |

**NOTICE OF APPEARANCE**

      Please enter the appearance of Robert J. Kovacev, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, (202) 307-6541, as attorney for the United States in the above-referenced proceeding.

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney


        /s/ Robert J. Kovacev
      ROBERT J. KOVACEV
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 55
      Ben Franklin Station
      Washington, DC 20044
      Telephone: (202) 307-6541
      Email: Robert.J.Kovacev@usdoj.gov

1815769.1

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 17, 2006.

/s/ Robert J. Kovacev

ROBERT J. KOVACEV

1815769.1