UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 05-CV-11421-RCL |
| ) | |
| v. ) | |
| ) | |
| DOUGLAS ABDELNOUR, ) | |
| ) | |
| Defendant ) | |
| ) | |

## AGREED JUDGMENT

The Court has determined that judgment should be entered consistent with the agreement of the Plaintiff, United States, and Defendant, Joseph Moujabber as Executor of the Estate of Douglas Abdelnour, which resolves the United States' Complaint. Accordingly, it is

ORDERED that:

1.   Defendant Moujabber, solely in his capacity as Executor of the Estate of Douglas Abdelnour, is indebted to the United States for federal income taxes for the period ending December 31, 1992, plus interest and statutory additions, in the amount of $755,262.64, plus interest and statutory additions according to law from August 17, 2006, until the judgment is paid.

1854743.3

2. Each party shall be liable for its own costs of litigation and attorneys' fees.

SIGNED: This 23rd day of Aug., 2006.

UNITED STATES DISTRICT JUDGE

AGREED:

For Plaintiff United States:

MICHAEL J. SULLIVAN
United States Attorney

ROBERT J. KOVACEV
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6541
Facsimile: (202) 514-5238
Email: Robert.J.Kovacev@usdoj.gov

For Defendant Joseph G. Moujabber, as
Executor of the Estate of Douglas Abdelnour:

GREGORY J. KOLDYS
Mickelson Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740
Telephone: (508) 993-8800
Email: gjk@mickelsonbarnet.com

1854743.3