# Mickelson ♦ Barnet, P.C.
Counselors At Law
30 Cornell Street
New Bedford, MA 02740-1709

Telephone: (508) 993-8800 or (508) 997-9334
Facsimile: (508) 992-8031

FILED
IN CLERKS OFFICE

2007 JUL 30 P 2: 04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Harvey B. Mickelson

Jay L. Horowitz
Gregory J. Koldys
Mary E. Kelleher
Carrie D. Hoyt
John F. Whiteside, Jr.

David S. Barnet
(1982-1994)

John F. Whiteside, Jr. email: jfw@mickelsonbarnet.com

July 27, 2007

Clerk Magistrate
United States District Court for
   the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    United States of America
    Vs.    Joseph Moujabber
    No:   05-CV-11421-RCL

Dear Sir or Madam:

    Enclosed for filing is an Order and Decree from the Massachusetts Duke's County Probate and Family Court that the Estate of Douglas A. Abdelnour is insolvent. Kindly docket same.

    Thank you for your courtesy and cooperation in this matter.

    Regards,

    MICKELSON ♦ BARNET, P.C.
    By

    John F. Whiteside, Jr.

Enclosures
Cc:   Robert J. Kovacev
      US Dept of Justice
      Washington, DC

Jfw/civcorr/MoujabberUSDC-ltr-EstateInsolvent7-27-07

COMMONWEALTH OF MASSACHUSETTS

Dukes, ss.                                              Probate and Family Court
                                                        Docket No. 06P0024-EP1

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                              \*
In Re:                        \*                       **Order and Decree**
                              \*
Estate of Douglas A. Abdelnour \*
                              \*
                              \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

At Court held in New Bedford, Bristol County, on May 2, 2007, and May 16, 2007, no creditors appeared to present their claims and it appearing there are no assets of the estate:

IT IS DECREED that (1) the estate is insolvent, (2) no dividends are to be paid, and (3) there will be no distribution.

_____
J.

Date: 7/10/07

G/PROBATE/ABDELNOUR/ORDER(6215A)

A True Copy Attest
*Elizabeth J. Herrmann*
Elizabeth J. Herrmann
Register